### PENN v. STATE.
### No. 20171.

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

Ruben Loftin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public road while intoxicated; the punishment, a fine of fifty dollars and confinement in jail for five days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.